UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **USA** | § § | |
| **vs.** | § § | NO:  EP:15-CR-00921(1)-PRM |
| **(1) Eric Flores** | § § | |

## ORDER SETTING PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for a **PLEA** in Magistrate Courtroom, Room 512, 525 Magoffin Street, El Paso, Texas on **Wednesday, October 21, 2015** at **11:00 AM**.

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time **from September 22, 2015 through October 21, 2015** is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for the defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office.  Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

**IT IS FURTHER ORDERED that counsel for the Defendant and counsel for the Government are to attend a plea status hearing on October 19, 2015 at 10:00 a.m.  Only in the event that a plea agreement has been filed by 5:00 p.m. one business day prior to the date of the scheduled status hearing will counsel be excused from attending the status hearing.**

IT IS SO ORDERED this 1st day of October, 2015.

_____
**NORBERT J GARNEY**
**U.S. MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **USA** | § § | |
| **vs.** | § § | NO: EP:15-CR-00921(1)-PRM |
| **(1) Eric Flores** | § | |

DEFENDANT'S WAIVER OF RULE 32 TIME LIMITS

      Rule 32 of the Federal Rules of Criminal Procedure and Rule CR-32 of the Local Court Rules of the United States Court for the Western District of Texas specify time limits for the disclosure and submission of the presentence report.

      Having been fully apprised by my counsel of record of these time limits, I hereby knowingly and voluntarily waive the limits, set out in Fed. R. Crim. P. 32(e)(2), 32(f)(1), and 32(g).

      I understand that by waiving these time limits, the time limits set out in Local Rule CR-32(b) will apply.

_____   _____
*Date*   *Defendant*


_____
*Attorney for Defendant*


_____
*Assistant U.S. Attorney*

_____   _____
*Date Approved*   *U.S. MAGISTRATE JUDGE*