# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:15-CR-00921(1)-PRM |
| | § | |
| (1) ERIC FLORES | § | |

## ORDER RESETTING SENTENCING

      IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in District Courtroom, Room 622, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Tuesday, January 12, 2016 at 09:30 AM**.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

      IT IS SO ORDERED this 12th day of November, 2015.

_____
PHILIP R MARTINEZ
UNITED STATES DISTRICT JUDGE